# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

STEPHANIE MCLEAN,

                Plaintiff,                        21 **CIVIL** 2123 (PAE)(GRJ)

      -v-                                       **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 1, 2022, the Court has granted Mclean's and denied the Commissioner's respective motions for judgment on the pleadings, and this case is remanded for further administrative proceedings.

**Dated:**  New York, New York
         June 7, 2022

                                                               **RUBY J. KRAJICK**

                                                               **Clerk of Court**
                        **BY:**      _K. Mango_
                                                               **Deputy Clerk**